**LITE DEPALMA GREENBERG & RIVAS, LLC**
Joseph J. DePalma, Esq.
Two Gateway Center, 12th Floor
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858

**LEE & AMTZIS, P.L.**
Eric Lee, Esq.
5550 Glades Road, Suite 401
Boca Raton, Florida 33428
Telephone: (561) 981-9988
Facsimile: (561) 981-9980

Attorneys for Plaintiff and the Class

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN FREEMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>   vs.<br><br>MENU FOODS, INC., MENU FOODS INCOME FUND, MENU FOODS MIDWEST CORPORATION, and MENU FOODS SOUTH DAKOTA INC.,<br><br>            Defendants. | Civil Action No. _____<br><br><br>**CERTIFICATE OF<br>NON-ARBITRABILITY** |

I, Joseph J. DePalma, of full age, hereby certify that pursuant to L. Civ. R. 201.1 the within matter is not arbitrable, being that the Complaint seeks damages that are in an excess of $150,000 and injunctive relief.

Dated: April 4, 2007

_Joseph J. DePalma_
Joseph J. DePalma, Esq.

131651 v1

Dockets.Justia.com