# United States District Court

_____DISTRICT OF NEW JERSEY_____

## SUMMONS IN A CIVIL ACTION

STEVEN FREEMAN, Individually and
On Behalf of All Others Similarly Situated,

07CV1646 (NLH)

Plaintiff,

vs.

MENU FOODS, INC., MENU FOODS
INCOME FUND, MENU FOODS MIDWEST
CORPORATION, and MENU FOODS
SOUTH DAKOTA INC.,

Defendants.

TO: (Name Address of Defendant)

MENU FOODS INC.
9130 Griffith Morgan Lane
Pennsauken, NJ 08110-3211

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Joseph J. DePalma
Lite DePalma Greenberg & Rivas, LLC
Two Gateway Center, 12th Floor
Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**    4/11/07
CLERK                    DATE

BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

# United States District Court

_____DISTRICT OF NEW JERSEY_____

## SUMMONS IN A CIVIL ACTION

STEVEN FREEMAN, Individually and
On Behalf of All Others Similarly Situated,

    Plaintiff,

07cv1646 (NLH)

    vs.

MENU FOODS, INC., MENU FOODS
INCOME FUND, MENU FOODS MIDWEST
CORPORATION, and MENU FOODS
SOUTH DAKOTA INC.,

    Defendants.

TO: (Name Address of Defendant)

**MENU FOODS INCOME FUND**
8 Falconer Drive
Mississauga, ON L5N 1B1
Canada

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Joseph J. DePalma
    Lite DePalma Greenberg & Rivas, LLC
    Two Gateway Center, 12th Floor
    Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**       4/11/07
CLERK                                    DATE

[signature]
BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

# United States District Court

_____DISTRICT OF NEW JERSEY_____

## SUMMONS IN A CIVIL ACTION

STEVEN FREEMAN, Individually and
On Behalf of All Others Similarly Situated,

07CV1646 (NLH)

　　　Plaintiff,

　　　vs.

MENU FOODS, INC., MENU FOODS
INCOME FUND, MENU FOODS MIDWEST
CORPORATION, and MENU FOODS
SOUTH DAKOTA INC.,

　　　Defendants.

TO: (Name Address of Defendant)

**MENU FOODS MIDWEST CORPORATION**
1400 E Logan Ave
Emporia, KS , 66801-6822

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

　　　Joseph J. DePalma
　　　Lite DePalma Greenberg & Rivas, LLC
　　　Two Gateway Center, 12th Floor
　　　Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**　　　　　　　　　　　4/11/07
CLERK　　　　　　　　　　　　　　　　　　　DATE

_____
BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

# United States District Court

_____DISTRICT OF NEW JERSEY_____

## SUMMONS IN A CIVIL ACTION

STEVEN FREEMAN, Individually and
On Behalf of All Others Similarly Situated,

    Plaintiff,

    vs.

MENU FOODS, INC., MENU FOODS
INCOME FUND, MENU FOODS MIDWEST
CORPORATION, and MENU FOODS
SOUTH DAKOTA INC.,

    Defendants.

07CV1646 (NLH)

TO: (Name Address of Defendant)

**MENU FOODS SOUTH DAKOTA, INC.**
630 North Derby Lane North
Sioux City, SD 57049

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Joseph J. DePalma
    Lite DePalma Greenberg & Rivas, LLC
    Two Gateway Center, 12th Floor
    Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**       4/11/07
CLERK                                                   DATE

BY DEPUTY CLERK

---

**RETURN OF SERVICE**