Gerard H. Hanson, Esquire
Hill Wallack LLP
Attorneys at Law
CN 5226
202 Carnegie Center
Princeton, NJ 08543-5226
(609) 924-0808
Attorneys for Defendants
Menu Foods, Inc.,
Menu Foods Income Fund,
Menu Foods Midwest Corporation, and
Menu Foods South Dakota Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN FREEMAN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MENU FOODS, INC., MENU FOODS INCOME FUND, MENU FOODS MIDWEST CORPORATION, and MENU FOODS SOUTH DAKOTA INC.<br><br>Defendants | Civil Action No.: 07-cv- 01646 (NLH) (AMD)<br><br>NOTICE OF APPEARANCE |

Hill Wallack LLP hereby enters its appearance as counsel for the defendants, Menu Foods, Inc., in the above-captioned matter, which has been stayed per the Order of Judge Noel L. Hillman dated May 2, 2007.

                                        HILL WALLACK LLP
                                        Attorneys for Defendants

                                        BY: _____
                                            Gerard H. Hanson
Dated: May    , 2007                        ghh@hillwallack.com

{F:\wdox\docs\014210\00001\01574450.DOC; 1}