Gerard H. Hanson, Esq.
Hill Wallack LLP
CN 5226
202 Carnegie Center
Princeton, NJ 08543-5226
(609) 734-6390
Attorneys for Defendants
Menu Foods, Inc., Menu Foods Income Fund,
Menu Foods Midwest Corporation, and
Menu Foods South Dakota Inc.

and

Edward B. Ruff, III, Esq.
Michael P. Turiello, Esq.
Pretzel & Stouffer, Chartered
One South Wacker Dr., Suite 2500
Chicago, IL 60606-4673
(312) 578-7458
Pro Hac Vice Attorneys for Menu Foods Defendants

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STEVEN FREEMAN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MENU FOODS, INC., MENU FOODS INCOME FUND, MENU FOODS MIDWEST CORPORATION, and MENU FOODS SOUTH DAKOTA INC.<br><br>Defendants | Civil Action No.: 07-cv- 01646 (NLH) (AMD)<br><br>CORPORATE DISCLOSURE STATEMENT |

1. Menu Foods South Dakota Inc. is a Delaware corporation with its principal place of business in North Sioux City, South Dakota. Menu Foods Holdings, Inc. owns 10% or more of Menu Foods South Dakota Inc.'s stock.

2. Menu Foods, Inc. is a New Jersey corporation with its principal place of business in Pennsauken, New Jersey. Menu Foods Holdings, Inc. owns 10% or more of Menu Foods, Inc.'s stock.

3. Menu Foods Midwest Corporation is a Delaware corporation with its principal place of business in Emporia, Kansas. Menu Foods Holdings, Inc. owns 10% or more of Menu Foods Midwest Corporation's stock.

Hill Wallack LLP

By: *Gerard H Hanson*
Gerard H. Hanson

{F:\wdox\docs\014210\00001\01586273.DOC; 1}